UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-10-4380 EMC |
|     Plaintiff, | |
|     v. | **ORDER GRANTING PLAINTIFF LEAVE TO TAKE EARLY DISCOVERY** |
| DOES 1-34, | |
|     Defendants | **(Docket No. 4)** |
| _____/ | |

Plaintiff has filed an administrative request asking for leave to take limited discovery prior to the Rule 26 conference. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** the administrative request. Plaintiff has established good cause to take early discovery. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). More specifically, Plaintiff has made a prima facie showing that limited discovery is needed to learn identifying facts necessary to permit service on Defendants. *See Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 577-80 (N.D. Cal. 1999) (identifying safeguards to ensure that a plaintiff is not seeking early discovery to harass or intimidate).

Accordingly, the Court grants Plaintiff leave to serve on Optimum Online High Speed Internet the proposed subpoena submitted by Plaintiff as Exhibit A to its administrative request. Optimum in turn shall serve a copy of the subpoena and a copy of this order upon its relevant subscribers within 5 days of Optimum's receipt of the subpoena. The subscribers shall then have 15 days from the date of service upon them to file any objections with this Court. If that 15-day period elapses without any subscriber filing an objection or a motion to quash, Optimum shall have 10 days

after said lapse to provide the information to Plaintiff pursuant to the subpoena.  *See UMG Recordings, Inc. v. Does*, No. 06-0652 SBA (EMC), 2006 U.S. Dist. LEXIS 32821, at *10-11 (N.D. Cal. Mar. 6, 2006).

For the reasons stated by Judge Illston in her order in *Io Group, Inc. v. Does*, No. C 10-03851 SI, slip. op. at 4-5 (N.D. Cal. Sept. 23, 2010), the Court deems it unnecessary to make any statement regarding compliance with the Cable Communications Policy Act, 47 U.S.C. § 551.  That is, regardless of whether the Act applies, Optimum shall be required to provide notice to the subscribers and the discovery provided shall be limited within the parameters allowed under the Act.

This order disposes of Docket No. 4.

IT IS SO ORDERED.

Dated: October 12, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge