D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>  Plaintiff,<br>       vs.<br>DOES 1-34 individuals,<br><br>  Defendants. | CASE NO.: C-10-4380 (EMC)<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendant Number 34 from the above-captioned action *without* prejudice.

Respectfully Submitted,

Dated: May 2, 2011         */s/ D. Gill Sperlein*
                            D. Gill Sperlein
                            Attorney for Plaintiffs