D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | CASE NO.: C-10-4380 (EMC) |
| Plaintiff, | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | **FRCP 41(a)** |
| DOES 1-34 individuals, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 1, 4, 5, 9, 12, 14, 16, 17, 18, and 19 from the above-captioned action *with* prejudice.

Respectfully Submitted,

Dated:  May 2, 2011                       /s/ D. Gill Sperlein
                                          D. Gill Sperlein
                                          Attorney for Plaintiffs