D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>   Plaintiff,<br><br>          vs.<br><br>DOES 1-34 individuals,<br><br>   Defendants. | **CASE NO.: C-10-4380 (EMC)**<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)** |

   NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendant 30 from the above-captioned action *with* prejudice.

Respectfully Submitted,

Dated: July 13, 2011              _/s/ D. Gill Sperlein_
                                   D. Gill Sperlein
                                   Attorney for Plaintiffs