D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | ) **CASE NO.: C-10-4380 (EMC)** ) ) ) ) **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiff, | ) **WITHOUT PREJUDICE** ) ) **FRCP 41(a)** |
| vs. | ) |
| DOES 1-34 individuals, | ) ) |
| Defendants. | ) ) ) ) |
| _____ | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily

dismisses all claims against remaining defendants in the above-captioned action *without*

prejudice.

Respectfully Submitted,

Dated:  July 13, 2011                      _/s/ D. Gill Sperlein_____
                                            D. Gill Sperlein
                                            Attorney for Plaintiffs

1